Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  1:11-cv-01892-AWI-SKO |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| ALVARO LUPIAN LUA, et al. | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Alvaro Lupian Lua, individually and d/b/a El Progresso 4.

WHEREFORE, Plaintiff makes the following representations and recommendations:

1.    On November 10, 2011, Plaintiff's Complaint was filed against Defendant Alvaro Lupian Lua, individually and d/b/a El Progresso 4.

2.    Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Alvaro Lupian Lua, individually and d/b/a El Progresso 4, despite diligent efforts to do so.  (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3.      Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for March 13, 2012, at 9:00 AM.   As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for March 13, 2012, at 9:45 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  February 15, 2012                    */s/ Thomas P. Riley*
                                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                             By: Thomas P. Riley
                                             Attorneys for Plaintiff
                                             J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-01892-AWI-SKO styled *J & J Sports Productions, Inc. v. Alvaro Lupian Lua, et al.*, is hereby continued from 9:45 a.m. on March 13, 2012, to April 12, 2012, at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

Plaintiff is granted an additional forty-five (45) days from today's date to effect service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Alvaro Lupian Lua, individually and d/b/a El Progresso 4, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and shall thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 15, 2012**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE